UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No. CV 05 3268 (FB)(CLP)

----------------------------------------------------------------X

NEW FALLS CORPORATION,

                                      Plaintiff,

**DEFAULT JUDGMENT**

           -against-

MH & MH, INC. and ALBERTINO KHAFIZOV,

                                      Defendants.

----------------------------------------------------------------X

WHEREAS, this action was commenced on July 11, 2005, by the filing of the summons and complaint, and a copy of the summons and complaint was served on defendant MH & MH, INC. on July 14, 2005 by service upon Albertino Khafizov, President, and a copy of the summons and complaint was served personally on defendant ALBERTINO KHAFIZOV on July 14, 2005; and

WHEREAS, the defendants MH & MH, INC. and ALBERTINO KHAFIZOV have not answered or made any motion with respect to the complaint herein, but instead have failed to answer or appear and the time for answering or otherwise responding to the complaint has expired, and their default has been noted by the Clerk; and

WHEREAS, the allegations of the complaint are thereby deemed admitted,

NOW, upon application of VLOCK & ASSOCIATES, P.C., attorneys for Plaintiff, and it having been demonstrated that the defendants MH & MH, INC. and ALBERTINO KHAFIZOV have

1

defaulted by failing to plead or otherwise defend and that the said defendants are not an infant, incompetent, or person in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED, that Plaintiff NEW FALLS CORPORATION, 100 North Center Street, Newton Falls, Ohio 44444, recover of Defendant MH & MH, INC., 1934A Hempstead Turnpike, East Meadow, New York 11554, and Defendant ALBERTINO KHAFIZOV, 63-60 98th Street, Rego Park, New York 11374, jointly and severally, the principal sum of $98,029.07, with interest thereon in the sum of $17,355.91, together with attorneys' fees and expenses incurred in this action pursuant to the terms of the business line of credit agreement in the sum of $784.15, for a total sum of $116,169.13, and that Plaintiff have execution therefor.

Dated:   New York, New York  
         August 15, 2005



UNITED STATES DISTRICT JUDGE